PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | RE: | STEPANYAN, Mihran |
| FROM: | Silvio Lugo , Chief<br>U.S. Pretrial Services Officer | Docket No.: | 3:15-cr-00234-CRB-2 |
| Date: | 1/6/23 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Josh Libby                                                                 (415) 436-7504

U.S. PRETRIAL SERVICES OFFICER                         TELEPHONE NUMBER

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __by Zoom__ on __1/26/2023__ at __2:30 pm__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

    A. _____

    B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____          JANUARY 7, 2023
JUDICIAL OFFICER                                              DATE
HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE